**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOHAMMED NAZIR BIN LEP, | CIVIL ACTION (HABEAS CORPUS) |
| *Petitioner*, | No. 20-cv-3344 |
| *v.* | Misc. No. 08-mc-442 (TFH) |
| JOSEPH BIDEN, *et al.*, | |
| | *before* |
| *Respondents*. | Judge John Bates |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.6(b), John D. Cella withdraws as counsel of record for

Petitioner Mohammed Nazir Bin Lep.  Petitioner will continue to be represented by Michel

Paradis, Brian Bouffard, Emma K. Dinan, Charles A. Blanchard, Allison B. Rumsey, Drew A.

Harker, Kenneth P. Troccoli, and James A. Cohen.

Petitioner's consent to John D. Cella's withdrawal as counsel is indicated by Petitioner's

signature on the following page of this notice.

**UNCLASSIFIED**

FROM: LCDR Aaron Shepard
TO: Bin Lep ISN 10022

## LAWYER-CLIENT PRIVILEGED COMMUNICATION UNDER M.C.R.E. 502

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

MOHAMMED NAZIR BIN
LEP,

          *Petitioner*,

     *v.*

JOSEPH BIDEN, *et al.*,

          *Respondents*.

CIVIL ACTION
(HABEAS CORPUS)

No. 20-c-3344
Misc. No. 08-mc-442 (TFH)

*before*
Judge John Bates

### NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.6(b), John D. Cella withdraws as counsel of record for Petitioner Mohammed Nazir Bin Lep. Petitioner will continue to be represented by Michel Paradis, Brian Bouffard, Emma K. Dinan, Charles D. Blanchard, Allison B. Rumsey, Drew A. Harker, Kenneth P. Troccoli, and James A. Cohen.

CONSENTED TO BY

PETITIONER _____

LAWYER-CLIENT PRIVILEGED COMMUNICATION UNDER MCRE 502
COMMUNICATION UNDER MCRE 502
APPROVED FOR DELIVERY TO DETAINEE

PT-4

## LAWYER-CLIENT PRIVILEGED COMMUNICATION UNDER M.C.R.E. 502
**UNCLASSIFIED**

Dated:  March 26, 2021

                                   Respectfully submitted,

                                   /s/ *John D. Cella*
                                   John D. Cella [D.C. Bar No. 1035356]
                                   ARNOLD & PORTER KAYE SCHOLER LLP
                                   601 Massachusetts Ave., NW
                                   Washington, DC 20001

**CERTIFICATE OF SERVICE**

I certify that on March 26, 2021, I caused the foregoing to be served on the Respondents'

counsel by means of the Court's CM/ECF software.

Dated: March 26, 2021

Respectfully submitted,

/s/ *John D. Cella*
John D. Cella [D.C. Bar No. 1035356]
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001