**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOHAMMED NAZIR BIN LEP, | ) | |
| | ) | |
| Petitioner, | ) | Case No: 1:20-cv-3344 |
| | ) | Hon. John D. Bates |
| v. | ) | |
| | ) | |
| JOSEPH R. BIDEN, JR., *et al.*, | ) | |

Respondents.

**MOTION TO WITHDRAW AS COUNSEL FOR PETITIONER**

Pursuant to Local Civil Rule 83.6(c), Emma K. Dinan respectfully moves the Court to permit her to withdraw as co-counsel of record for the Petitioner as she will no longer be working at Arnold & Porter effective July 16, 2021.   Petitioner will continue to be represented by other counsel of record, including Charles Blanchard, Drew Harker, Michael Paradis, and Neal Puckett.

Respectfully submitted,

_____/s/_____
Emma K. Dinan
Co-Counsel for Petitioner
D.C. Bar Number 1015108
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
202.942.5485
Emma.Dinan@arnoldporter.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

_____/s/_____
Emma K. Dinan
Co-Counsel for Petitioner
D.C. Bar Number 1015108
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
202.942.5485
Emma.Dinan@arnoldporter.com