UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED NAZIR BIN LEP,

　　Petitioner,

　　v.

JOSEPH R. BIDEN et al.,

　　Respondents.

Civil Action No. 20-3344 (JDB)

## SECOND AMENDED SCHEDULING ORDER

Upon consideration of [110] respondents' second consent motion to revise scheduling order deadlines, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern future proceedings:

1. Respondents shall respond to [107] petitioner's discovery motion and file any other motions regarding petitioner's motion by not later than May 6, 2022.

2. Petitioner shall file his reply in further support of [107] his discovery motion and his response to respondents' other motions by not later than June 10, 2022.

3. Respondents shall file their reply in further support of their other motions by not later than June 24, 2022.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　United States District Judge

Dated:　April 25, 2022