UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED NAZIR BIN LEP,<br><br>Petitioner,<br><br>v.<br><br>JOSEPH R. BIDEN et al.,<br><br>Respondents. | Civil Action No. 20-3344 (JDB) |

### THIRD AMENDED SCHEDULING ORDER

Upon consideration of [115] petitioner's consent motion to revise the scheduling order, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern future proceedings:

1. Petitioner shall file his reply in further support of [107] his discovery motion and his response to [113] respondents' sealed motion by not later than July 1, 2022.

2. Respondents shall file their reply in further support of their sealed motion by not later than July 29, 2022.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  June 3, 2022