UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED NAZIR BIN LEP,<br><br>Petitioner,<br><br>v.<br><br>JOSEPH R. BIDEN et al.,<br><br>Respondents. | Civil Action No. 20-3344 (JDB) |

### FIFTH AMENDED SCHEDULING ORDER

Upon consideration of [124] respondents' unopposed motion to revise scheduling order deadline, and the entire record herein, it is hereby **ORDERED** that respondents shall file their reply in further support of [113] their sealed motion by not later than August 17, 2022. **SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  August 9, 2022